**No. 10-7271. Bryan Damon Patterson, Petitioner v. Superior Court of California, Solano County.**

562 U.S. 1149, 131 S. Ct. 930, 178 L. Ed. 2d 774, 2011 U.S. LEXIS 407.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7272. Sylvester Mead, Petitioner v. Burl Cain, Warden, et al.**

562 U.S. 1149, 131 S. Ct. 930, 178 L. Ed. 2d 774, 2011 U.S. LEXIS 399.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7279. Jerry W. Armstrong, Petitioner v. Redding Parole Department, et al.**

562 U.S. 1149, 131 S. Ct. 931, 178 L. Ed. 2d 774, 2011 U.S. LEXIS 357,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7280. Edward Staley, Petitioner v. Brian Owens, Commissioner, Georgia Department of Corrections, et al.**

562 U.S. 1149, 131 S. Ct. 931, 178 L. Ed. 2d 774, 2011 U.S. LEXIS 455.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 367 Fed. Appx. 102.

**No. 10-7282. Anthony G. Bailey, Petitioner v. Burl Cain, Warden.**

562 U.S. 1150, 131 S. Ct. 931, 178 L. Ed. 2d 774, 2011 U.S. LEXIS 127.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 609 F.3d 763.

**No. 10-7283. Lewis L. Boniface, Petitioner v. Department of Homeland Security, et al.**

562 U.S. 1150, 131 S. Ct. 931, 178 L. Ed. 2d 774, 2011 U.S. LEXIS 480.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 392 U.S. App. D.C. 117, 613 F.3d 282.

**No. 10-7284. Howard Ellis, Petitioner v. United States District Court for the District of Nevada.**

562 U.S. 1150, 131 S. Ct. 979, 178 L. Ed. 2d 774, 2011 U.S. LEXIS 80,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.